# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2020

*The Court of Appeals hereby passes the following order:*

## A21D0090. KENNETH JOHNSON et al. v. WILBUR M. "BILL" WATSON et al.

Kenneth and Jacqueline Johnson seek appellate review of the superior court's dismissal of their petition for mandamus relief, in which they sought an order compelling the Lowndes County coroner to conduct a coroner's inquest into the death of their son.[1] In the application, the Johnsons do not indicate why they believe they were required to follow the discretionary appeal procedures. Pursuant to OCGA § 5-6-34 (a) (7), appeals may be taken from "judgments or orders granting or refusing to grant mandamus[.]" No provision of the discretionary appeal statute, OCGA § 5-6-35, appears to apply to this case, and no other statutory provision appears to require the filing of an application for discretionary appeal in this matter.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and the Johnsons shall have ten days from the

---

[1] The Johnsons filed their application in the Supreme Court, which transferred the case here. The application, filed on August 28, 2020, is timely in light of the extension granted by the Supreme Court.

date of this order to file a notice of appeal with the superior court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/05/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*